UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EDGAR MEDINA FIGUEROA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 26-cv-10001-ADB |
| | * | |
| ANTONE MONIZ, PATRICIA HYDE, | * | |
| TODD LYONS, and KRISTI NOEM, | * | |
| | * | |
| Respondents. | * | |
| | * | |

**MEMORANDUM AND ORDER**

BURROUGHS, D.J.

     Before the Court is a petition for writ of habeas corpus by Petitioner Edgar Medina Figueroa. [ECF No. 1]. Respondents submit that the facts of this case are substantially similar to those of Duran Siguenza v. Moniz, 25-cv-11914-ADB (D. Mass. Sept. 25, 2025), such that the Court "will likely reach the same conclusion" here. [ECF No. 6 at 1]. Accordingly, they "submit that the Court can decide this matter without further briefing or oral argument." [Id. at 2]. In Duran Siguenza, the Court, pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001), ordered the release of a habeas petitioner who was subject to a final order of removal, had been detained for more than six months, and was not significantly likely to be removed in the reasonably foreseeable future. Duran Siguenza, ECF No. 20 at 6–8. As Respondents here recognize, the facts of this case are similar in all relevant respects. Petitioner is subject to a final order of

removal, [ECF No. 6 at 3], and has been detained for more than six months, [id. at 2], and DHS has not proffered any plans for his removal in the reasonably foreseeable future, [id. at 4].

Accordingly, the petition, [ECF No. 1], is **GRANTED IN PART**. Within 5 days, Respondents are **ORDERED** to provide a hearing before an immigration judge for the sole purpose of determining conditions of supervised release and to release Petitioner pursuant to those conditions that same day.

**SO ORDERED.**

January 17, 2026

*/s/ Allison D. Burroughs*
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE