**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Edgar Medina-Figueroa
    Petitioner

                                         CIVIL ACTION

V.

                                         NO.  1:26-cv-10001-ADB

Antone Moniz et al
    Respondents

**ORDER OF DISMISSAL**

Burroughs, D. J.

    In accordance with the Court's Amended Memorandum and Order dated January 22, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

                                                                            By the Court,

February 5, 2026                                                /s/Caetlin McManus
      Date                                                                Deputy Clerk